UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:05-CR-153 (GHL)

**GENA N. McGURK**

None
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] to an amended charge.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Operating a motor vehicle while ability was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  February 26, 2005**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $495.00 and a $5.00 special assessment, payable no later than June 15, 2005.  In addition, driving privileges at any United States military installation are suspended for 90 days from the date of sentencing. Payment of the fine and special assessment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Counts  1 and 2**   are dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district and to the New York State Department of Motor Vehicles.

 APRIL 13, 2005
Date of Imposition of Sentence


 APRIL 16, 2005
DATE SIGNED

*George H. Lowe*
George H. Lowe
United States Magistrate Judge